

D:\Bptrpts\systech7rpts\Linda D\Open Amt.rpt
(AROPEN.DUE_AMT} > 0.00 and
(AROPEN.CUST_NBR} = "01014"

**** This report excludes finance charges outstanding ****

11/4/02    AZTEC CONSTRUCTION CO.

| CUST_NBR | INVOICE# | INV_DATE | JOB# | JOB_DESC | CITY | DUE_AMT | PAID_AMT | OPEN_AMT | DATE LAST PD |
|---|---|---|---|---|---|---|---|---|---|
| 011014 | 69895 | 6/15/02 | 000400 | REDI ROCK WALL- BLOCKS | CLINTON | 14,292.60 | 0.00 | 14,292.60 | |
| 011014 | 70522 | 6/30/02 | 000400 | REDI ROCK WALL- BLOCKS | CLINTON | 17,328.15 | 0.00 | 17,328.15 | |
| 011014 | 71373 | 7/15/02 | 000400 | REDI ROCK WALL- BLOCKS | CLINTON | 3,011.40 | 0.00 | 3,011.40 | |
| 011014 | 72081 | 7/31/02 | 000400 | REDI ROCK WALL- BLOCKS | CLINTON | 1,804.95 | 0.00 | 1,804.95 | |
| Sub-total: | | | | | | | | 36,437.10 | |
| Grand Total: | | | | | | | | 36,437.10 | |

11/4/02    5:27:35PM

PAYMENT HISTORY.

```
                                NEWPORT SAND & GRAVEL CO., INC.
                        A/R Paid Inquiry From 01/01/2002 Thru 06/30/2003

                            011014 - AZTEC CONSTRUCTION CO. INC.
```

| Trans | Doc Nbr | Reference Nbr | Block | Lot1 | Lot2 | Lot3 | Lot4 | Lot5 | Loc | Job Nbr | Doc Date | Payment | Adjustment | UnApplied | Applied |
|-------|---------|---------------|-------|------|------|------|------|------|-----|---------|------------|------------|------------|-----------|---------|
| PYMT | | | | | | | | | | | | | | | |
| INVC | 70522 | | | | | | | | 002 | 000400 | 02/18/2003 | | | | (5250.00) |
| FNCH | 72329 | | | | | | | | 000 | 999990 | 06/30/2002 | | | | (394.35) |
| FNCH | 70773 | | | | | | | | 000 | 999990 | 07/31/2002 | | | | (82.03) |
| FNCH | 70773 | CM009114 | | | | | | | 000 | 999990 | 06/30/2002 | | | | 476.38 |
| INVC | 70522 | CM009113 | | | | | | | 000 | 999990 | 02/18/2003 | | | | 5250.00 |
| PYMT | 1417 | | | | | | | | | | | (22962.70) | | | |
| INVC | 71373 | | | | | | | | | | 11/13/2002 | | | | |
| INVC | 69895 | | | | | | | | 002 | 000400 | 07/15/2002 | | | | (3011.40) |
| INVC | 72081 | | | | | | | | 002 | 000400 | 06/15/2002 | | | | (14292.60) |
| INVC | 70522 | | | | | | | | 002 | 000400 | 07/31/2002 | | | | (1804.95) |
| PYMT | 3481 | | | | | | | | 002 | 000400 | 06/30/2002 | (5468.40) | | | (3853.75) |
| INVC | 69089 | | | | | | | | 002 | 000400 | 07/05/2002 | | | | (5468.40) |
| | | | | | | | | | 002 | 000400 | 05/31/2002 | (28431.10) | | | (28431.10) |

NEWPORT SAND & GRAVEL CO., INC.
A/R Open Inquiry Aging Date 05/01/2003

Customer: 011014 - AZTEC CONSTRUCTION CO. INC.

| Transaction Code Number | Reference Number | Ship Loc | Job Number | Description | Block/Lot | Trans Date | Due | Open | Paid | Discount | St | Tax Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INVC 70522 | | 002 | 000400 | REDI ROCK WALL- | BLOC | 06/30/2002 | 17,328.15 | 8,224.40 | 9,103.75 | 0.00 | MA | 10 |
| FNCH 72329 | | 000 | 999990 | FINANCE CHARGE | | 07/31/2002 | 474.31 | 79.96 | 394.35 | 0.00 | NH | 10 |
| FNCH 73878 | | 000 | 999990 | FINANCE CHARGE | | 08/31/2002 | 546.56 | 546.56 | 0.00 | 0.00 | NH | 10 |
| FNCH 75350 | | 000 | 999990 | FINANCE CHARGE | | 09/30/2002 | 546.56 | 546.56 | 0.00 | 0.00 | NH | 10 |
| FNCH 76927 | | 000 | 999990 | FINANCE CHARGE | | 10/31/2002 | 546.56 | 546.56 | 0.00 | 0.00 | NH | 10 |
| FNCH 78272 | | 000 | 999990 | FINANCE CHARGE | | 11/30/2002 | 202.12 | 202.12 | 0.00 | 0.00 | NH | 10 |
| FNCH 79289 | | 000 | 999990 | FINANCE CHARGE | | 12/31/2002 | 202.12 | 202.12 | 0.00 | 0.00 | NH | 10 |
| FNCH 80050 | | 000 | 999990 | FINANCE CHARGE | | 01/31/2003 | 202.12 | 202.12 | 0.00 | 0.00 | NH | 10 |
| FNCH 80719 | | 000 | 999990 | FINANCE CHARGE | | 02/28/2003 | 123.37 | 123.37 | 0.00 | 0.00 | NH | 10 |
| FNCH 81442 | | 000 | 999990 | FINANCE CHARGE | | 03/31/2003 | 123.37 | 123.37 | 0.00 | 0.00 | NH | 10 |
| FNCH 82391 | | 000 | 999990 | FINANCE CHARGE | | 04/30/2003 | 123.37 | 123.37 | 0.00 | 0.00 | NH | 10 |

Current Total:   10,920.51          Open A/R:   8,224.40          Open F/C:   2,696.11

|  | CURRENT | APRIL | MARCH | FEBRUARY | JAN AND PRIOR |
|---|---|---|---|---|---|
| Open Amount | | | | | 8,224.40 |
| Finance Charge | | 123.37 | 123.37 | 123.37 | 2,326.00 |

NEWPORT SAND & GRAVEL CO., INC.
A/R Paid Inquiry From 01/30/2002 Thru 04/30/2003

011014 - AZTEC CONSTRUCTION CO. INC.

| Trans | Doc Nbr | Reference Nbr | Block | Lot1 | Lot2 | Lot3 | Lot4 | Lot5 | Loc | Job Nbr | Doc Date | Payment | Adjustment | UnApplied | Applied |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PYMT | | | | | | | | | | | | | | | |
| INVC | 70522 | | | | | | | | 002 | 000400 | 02/18/2003 | | | | (5250.00) |
| FNCH | 72329 | | | | | | | | 000 | 999990 | 06/30/2002 | | | | (394.35) |
| FNCH | 70773 | | | | | | | | 000 | 999990 | 07/31/2002 | | | | (82.03) |
| FNCH | 70773 | CM009114 | | | | | | | 000 | 999990 | 06/30/2002 | | | | 476.38 |
| INVC | 70522 | CM009113 | | | | | | | 002 | 000400 | 02/18/2003 | | | | 5250.00 |
| PYMT | 1417 | | | | | | | | | | 11/13/2003 | (22962.70) | | | |
| INVC | 71373 | | | | | | | | 002 | 000400 | 07/15/2002 | | | | (3011.40) |
| INVC | 69895 | | | | | | | | 002 | 000400 | 06/15/2002 | | | | 14292.60) |
| INVC | 72081 | | | | | | | | 002 | 000400 | 07/31/2002 | | | | (1804.95) |
| INVC | 70522 | | | | | | | | 002 | 000400 | 06/30/2002 | | | | (3853.75) |
| PYMT | 3481 | | | | | | | | | | 07/05/2002 | (5468.40) | | | |
| INVC | 69089 | | | | | | | | 002 | 000400 | 05/31/2002 | | | | (5468.40) |
| | | | | | | | | | | | 05/31/2002 | (28431.10) | | | (28431.10) |

# Carroll CONCRETE

**Newport Sand & Gravel Co., Inc.**
PO Box 1000            603 863-1000
Newport, NH 03773      fax 603 863-3660

# INVOICE

| CUSTOMER NO. | DATE | INVOICE NO. | PAGE |
|---|---|---|---|
| 011014 | 06/30/2002 | 70522 | 1 |

AZTEC CONSTRUCTION CO. INC.
2 POWDERMILL ROAD
MAYNARD, MA 01754

| DATE | TICKET NO | QUANTITY | UNIT | JOB NUMBER - JOB LOCATION - ADDRESS / DESCRIPTION | PRICE | PER UNIT | TAX | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 000400 | AZTEC CONST. REDI-ROCK BLOCKS | | | CLINTON | | | | |
| 06/17 | 002-44806 | 24.00 | EA | RR ROCK FACE FULL BOTTO | 70.000 | EA | 84.00 | 1680.00 |
| 06/17 | 002-44806 | 2.00 | EA | RR ROCK FACE FULL FREE | 70.000 | EA | 7.00 | 140.00 |
| 06/17 | 002-44806 | 24.00 | EA | RR ROCK FACE FULL MIDDL | 70.000 | EA | 84.00 | 1680.00 |
| 06/17 | 002-44806 | 1.00 | EA | RR ROCK FACE HALF TOP | 35.000 | EA | 1.75 | 35.00 |
| 06/17 | 002-44806 | 51.00 | EA | REDI ROCK DELIVERY CHAR | 12.000 | EA | 30.60 | 612.00 |
| 06/18 | 002-44844 | 12.00 | EA | RR ROCK FACE FULL FREE | 70.000 | EA | 42.00 | 840.00 |
| 06/18 | 002-44844 | 12.00 | EA | RR ROCK FACE FULL MIDDL | 70.000 | EA | 42.00 | 840.00 |
| 06/18 | 002-44844 | 1.00 | EA | RR ROCK FACE FULL STEP | 70.000 | EA | 3.50 | 70.00 |
| 06/18 | 002-44844 | 1.00 | EA | RR ROCK FACE HALF FREE | 35.000 | EA | 1.75 | 35.00 |
| 06/18 | 002-44844 | 26.00 | EA | REDI ROCK DELIVERY CHAR | 12.000 | EA | 15.60 | 312.00 |
| 06/20 | 002-44890 | 22.00 | EA | RR ROCK FACE FULL MIDDL | 70.000 | EA | 77.00 | 1540.00 |
| 06/20 | 002-44890 | 22.00 | EA | REDI ROCK DELIVERY CHAR | 12.000 | EA | 13.20 | 264.00 |
| 06/20 | 002-44890 | 30.00 | EA | MISC SALES | 20.000 | EA | 30.00 | 600.00 |
| 06/21 | 002-44917 | -1.00 | EA | RR ROCK FACE FULL FREE | 70.000 | EA | -3.50 | -70.00 |
| 06/21 | 002-44917 | -2.00 | EA | RR ROCK FACE FULL MIDDL | 70.000 | EA | -7.00 | -140.00 |
| 06/24 | 002-44952 | 22.00 | EA | RR ROCK FACE FULL MIDDL | 70.000 | EA | 77.00 | 1540.00 |
| 06/24 | 002-44952 | 22.00 | EA | REDI ROCK DELIVERY CHAR | 12.000 | EA | 13.20 | 264.00 |
| 06/25 | 002-44980 | 12.00 | EA | RR ROCK FACE FULL BOTTO | 70.000 | EA | 42.00 | 840.00 |
| 06/25 | 002-44980 | 22.00 | EA | RR ROCK FACE FULL MIDDL | 70.000 | EA | 77.00 | 1540.00 |
| 06/25 | 002-44980 | 34.00 | EA | REDI ROCK DELIVERY CHAR | 12.000 | EA | 20.40 | 408.00 |
| 06/27 | 002-45010 | 8.00 | EA | RR ROCK FACE FULL FREE | 70.000 | EA | 28.00 | 560.00 |
| 06/27 | 002-45010 | 8.00 | EA | RR ROCK FACE FULL MIDDL | 70.000 | EA | 28.00 | 560.00 |
| 06/27 | 002-45010 | 23.00 | EA | RR ROCK FACE FULL TOP | 70.000 | EA | 80.50 | 1610.00 |
| 06/27 | 002-45010 | 39.00 | EA | REDI ROCK DELIVERY CHAR | 12.000 | EA | 23.40 | 468.00 |
| 06/27 | 002-45028 | 1.00 | EA | RR ROCK FACE FULL CORNE | 70.000 | EA | 3.50 | 70.00 |
| 06/27 | 002-45028 | 12.00 | EA | RR ROCK FACE FULL FREE | 70.000 | EA | 42.00 | 840.00 |
| 06/27 | 002-45028 | 5.00 | EA | RR ROCK FACE FULL FREE | 70.000 | EA | 17.50 | 350.00 |
| 06/27 | 002-45028 | 2.00 | EA | RR ROCK FACE HALF FREE | 35.000 | EA | 3.50 | 70.00 |
| 06/27 | 002-45028 | 20.00 | EA | REDI ROCK DELIVERY CHAR | 12.000 | EA | 12.00 | 240.00 |
| 06/28 | 002-45039 | -15.00 | EA | RR ROCK FACE FULL MIDDL | 70.000 | EA | -52.50 | -1050.00 |
| 06/28 | 002-45039 | -3.00 | EA | RR ROCK FACE FULL TOP | 70.000 | EA | -10.50 | -210.00 |
| 06/28 | 002-45039 | -1.00 | EA | RR ROCK FACE HALF MIDDL | 35.000 | EA | -1.75 | -35.00 |

JOB TAX        825.15
JOB TOTAL    17328.15

FINANCE CHARGE: 1 1/2% per month or 18% per annum after 30 days

**TOTAL DUE**    17328.15

2' FREE STANDING 3341
167.05



**INVOICE**

| CUSTOMER NO. | DATE | INVOICE NO. | PAGE |
|---|---|---|---|
| 011014 | 07/31/2002 | 72081 | 1 |

**Newport Sand & Gravel Co., Inc.**
PO Box 1000            603 863-1000
Newport, NH 03773      fax 603 863-3660

AZTEC CONSTRUCTION CO. INC.
2 POWDERMILL ROAD
MAYNARD, MA 01754

| DATE | TICKET NO | QUANTITY | UNIT | DESCRIPTION | PRICE | PER UNIT | TAX | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 000400 REDI ROCK WALL- BLOCKS | | | | CLINTON | | | | |
| 07/30 | 002-45578 | 22.00 | EA | RR ROCK FACE FULL FREE | 70.000 | EA | 77.00 | 1540.00 |
| 07/30 | 002-45578 | -3.00 | EA | RR ROCK FACE FULL FREE | 70.000 | EA | -10.50 | -210.00 |
| 07/30 | 002-45578 | -1.00 | EA | RR ROCK FACE FULL MIDDL | 70.000 | EA | -3.50 | -70.00 |
| 07/30 | 002-45578 | -1.00 | EA | RR ROCK FACE FULL STEP | 70.000 | EA | -3.50 | -70.00 |
| 07/30 | 002-45578 | -1.00 | EA | RR ROCK FACE HALF FREE | 35.000 | EA | -1.75 | -35.00 |
| 07/30 | 002-45578 | 22.00 | EA | REDI ROCK DELIVERY CHAR | 12.000 | EA | 13.20 | 264.00 |
| 07/30 | 002-45578 | 15.00 | EA | MISC SALES | 20.000 | EA | 15.00 | 300.00 |
| | | | | JOB TAX | | | | 85.95 |
| | | | | JOB TOTAL | | | | 1804.95 |

02-01
Div # 2 Returns Wall

FINANCE CHARGE: 1 1/2% per month or 18% per annum after 30 days

**TOTAL DUE** ▶    1804.95



**CONCRETE**

**INVOICE**

**Newport Sand & Gravel Co., Inc.**
PO Box 1000                 603 863-1000
Newport, NH 03773           fax 603 863-3660

| CUSTOMER NO. | DATE | INVOICE NO. | PAGE |
|---|---|---|---|
| 011014 | 07/15/2002 | 71373 | 1 |

AZTEC CONSTRUCTION CO. INC.
2 POWDERMILL ROAD
MAYNARD, MA 01754

| DATE | TICKET NO | QUANTITY | UNIT | DESCRIPTION | PRICE | PER UNIT | TAX | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 000400 REDI ROCK WALL- BLOCKS | | | | CLINTON | | | | |
| 07/10 | 002-45184 | -1.00 | EA | RR ROCK FACE FULL BOTTO | 70.000 | EA | -3.50 | -70.00 |
| 07/10 | 002-45184 | 24.00 | EA | RR ROCK FACE FULL FREE | 70.000 | EA | 84.00 | 1680.00 |
| 07/10 | 002-45184 | -1.00 | EA | RR ROCK FACE FULL MIDDL | 70.000 | EA | -3.50 | -70.00 |
| 07/10 | 002-45184 | -1.00 | EA | RR ROCK FACE FULL TOP | 70.000 | EA | -3.50 | -70.00 |
| 07/10 | 002-45184 | 24.00 | EA | REDI ROCK DELIVERY CHAR | 12.000 | EA | 14.40 | 288.00 |
| 07/11 | 002-45198 | 3.00 | EA | RR ROCK FACE FULL FREE | 70.000 | EA | 10.50 | 210.00 |
| 07/11 | 002-45198 | 2.00 | EA | RR ROCK FACE FULL FREE | 70.000 | EA | 7.00 | 140.00 |
| 07/11 | 002-45198 | 5.00 | EA | REDI ROCK DELIVERY CHAR | 12.000 | EA | 3.00 | 60.00 |
| 07/11 | 002-45198 | 35.00 | EA | MISC SALES | 20.000 | EA | 35.00 | 700.00 |

JOB TAX                              143.40
JOB TOTAL                           3011.40

Div 2
retnia
wall

FINANCE CHARGE: 1 1/2% per month or 18% per annum after 30 days

**TOTAL DUE**        3011.40

SALES, CREDITS & FINANCE CHARGE HISTORY.

| SHIPPING_LOC | TICKET_NBR | PROD_NBR | TICKET_DATE | CUST_NBR | JOB_NBR | CAT | QUANTITY | TAX_AMT | AMT | UNIT_PRICE | Total_Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 011014 | | AZTEC CONSTRUCTION CO. INC. | | | | | | | | | |
| 002 | 44548 | RRRFB | 05/31/2002 | 011014 | 000400 | 550 | 20.00 | 70.00 | 1,400.00 | 70.00 | 1,470.00 |
| 002 | 44548 | RRRHM | 05/31/2002 | 011014 | 000400 | 550 | 22.00 | 77.00 | 1,540.00 | 70.00 | 1,617.00 |
| 002 | 44548 | RRRFT | 05/31/2002 | 011014 | 000400 | 550 | 4.00 | 7.00 | 140.00 | 35.00 | 147.00 |
| 002 | 44548 | RRRHT | 05/31/2002 | 011014 | 000400 | 550 | 21.00 | 73.50 | 1,470.00 | 70.00 | 1,543.50 |
| 002 | 44548 | RRDELV | 05/31/2002 | 011014 | 000400 | 550 | 2.00 | 3.50 | 70.00 | 35.00 | 73.50 |
| 002 | 44587 | RRRFB | 06/03/2002 | 011014 | 000400 | 903 | 49.00 | 29.40 | 588.00 | 12.00 | 617.40 |
| 002 | 44587 | RRRFC | 06/03/2002 | 011014 | 000400 | 550 | 11.00 | 38.50 | 770.00 | 70.00 | 808.50 |
| 002 | 44587 | RRRFM | 06/03/2002 | 011014 | 000400 | 550 | 1.00 | 3.50 | 70.00 | 70.00 | 73.50 |
| 002 | 44587 | RRRFT | 06/03/2002 | 011014 | 000400 | 550 | 35.00 | 122.50 | 2,450.00 | 70.00 | 2,572.50 |
| 002 | 44587 | RRDELV | 06/03/2002 | 011014 | 000400 | 550 | 2.00 | 7.00 | 140.00 | 70.00 | 147.00 |
| 002 | 44620 | RRRFB | 06/04/2002 | 011014 | 000400 | 903 | 49.00 | 29.40 | 588.00 | 12.00 | 617.40 |
| 002 | 44620 | RRRFC | 06/04/2002 | 011014 | 000400 | 550 | 14.00 | 49.00 | 980.00 | 70.00 | 1,029.00 |
| 002 | 44620 | RRRFM | 06/04/2002 | 011014 | 000400 | 550 | 3.00 | 10.50 | 210.00 | 70.00 | 220.50 |
| 002 | 44620 | RRRFT | 06/04/2002 | 011014 | 000400 | 550 | 34.00 | 119.00 | 2,380.00 | 70.00 | 2,499.00 |
| 002 | 44620 | RRDELV | 06/04/2002 | 011014 | 000400 | 550 | 22.00 | 77.00 | 1,540.00 | 70.00 | 1,617.00 |
| 002 | 44732 | RRRFB | 06/10/2002 | 011014 | 000400 | 903 | 73.00 | 43.80 | 876.00 | 12.00 | 919.80 |
| 002 | 44732 | RRRFM | 06/10/2002 | 011014 | 000400 | 550 | 22.00 | 77.00 | 1,540.00 | 70.00 | 1,617.00 |
| 002 | 44732 | RRDELV | 06/10/2002 | 011014 | 000400 | 550 | 22.00 | 77.00 | 1,540.00 | 70.00 | 1,617.00 |
| 002 | 44806 | RRRFB | 06/17/2002 | 011014 | 000400 | 903 | 44.00 | 26.40 | 528.00 | 12.00 | 554.40 |
| 002 | 44806 | RRRFM | 06/17/2002 | 011014 | 000400 | 550 | 24.00 | 84.00 | 1,680.00 | 70.00 | 1,764.00 |
| 002 | 44806 | RRRHT | 06/17/2002 | 011014 | 000400 | 550 | 24.00 | 84.00 | 1,680.00 | 70.00 | 1,764.00 |
| 002 | 44806 | RRDELV | 06/17/2002 | 011014 | 000400 | 550 | 1.00 | 1.75 | 35.00 | 35.00 | 36.75 |
| 002 | 44806 | RRRFF3S | 06/17/2002 | 011014 | 000400 | 903 | 51.00 | 30.60 | 612.00 | 12.00 | 642.60 |
| 002 | 44844 | RRRFF | 06/18/2002 | 011014 | 000400 | 550 | 2.00 | 7.00 | 140.00 | 70.00 | 147.00 |
| 002 | 44844 | RRRFM | 06/18/2002 | 011014 | 000400 | 550 | 12.00 | 42.00 | 840.00 | 70.00 | 882.00 |
| 002 | 44844 | RRRFS | 06/18/2002 | 011014 | 000400 | 550 | 12.00 | 42.00 | 840.00 | 70.00 | 882.00 |
| 002 | 44844 | RRDELV | 06/18/2002 | 011014 | 000400 | 550 | 1.00 | 3.50 | 70.00 | 70.00 | 73.50 |
| 002 | 44844 | RRRHF3S | 06/18/2002 | 011014 | 000400 | 903 | 26.00 | 15.60 | 312.00 | 12.00 | 327.60 |
| 002 | 44890 | MISCSLS | 06/20/2002 | 011014 | 000400 | 550 | 1.00 | 1.75 | 35.00 | 35.00 | 36.75 |
| 002 | 44890 | RRRFM | 06/20/2002 | 011014 | 000400 | 909 | 30.00 | 30.00 | 600.00 | 20.00 | 630.00 |
| 002 | 44890 | RRDELV | 06/20/2002 | 011014 | 000400 | 550 | 22.00 | 77.00 | 1,540.00 | 70.00 | 1,617.00 |
| 002 | 44917 | RRRFF | 06/21/2002 | 011014 | 000400 | 903 | 22.00 | 13.20 | 264.00 | 12.00 | 277.20 |
| 002 | 44917 | RRRFM | 06/21/2002 | 011014 | 000400 | 550 | -1.00 | -3.50 | -70.00 | 70.00 | -73.50 |
| 002 | 44952 | RRRFM | 06/24/2002 | 011014 | 000400 | 550 | -2.00 | -7.00 | -140.00 | 70.00 | -147.00 |
| 002 | 44952 | RRDELV | 06/24/2002 | 011014 | 000400 | 550 | 22.00 | 77.00 | 1,540.00 | 70.00 | 1,617.00 |
| 002 | 44980 | RRRFB | 06/25/2002 | 011014 | 000400 | 903 | 22.00 | 13.20 | 264.00 | 12.00 | 277.20 |
| 002 | 44980 | RRRFM | 06/25/2002 | 011014 | 000400 | 550 | 12.00 | 42.00 | 840.00 | 70.00 | 882.00 |
| 002 | 44980 | RRDELV | 06/25/2002 | 011014 | 000400 | 550 | 22.00 | 77.00 | 1,540.00 | 70.00 | 1,617.00 |
| 002 | 45028 | RRRFC | 06/27/2002 | 011014 | 000400 | 903 | 34.00 | 20.40 | 408.00 | 12.00 | 428.40 |
| 002 | 45010 | RRRFF | 06/27/2002 | 011014 | 000400 | 550 | 1.00 | 3.50 | 70.00 | 70.00 | 73.50 |
| 002 | 45028 | RRRFF | 06/27/2002 | 011014 | 000400 | 550 | 8.00 | 28.00 | 560.00 | 70.00 | 588.00 |
| 002 | 45010 | RRRFM | 06/27/2002 | 011014 | 000400 | 550 | 12.00 | 42.00 | 840.00 | 70.00 | 882.00 |
| 002 | | | | 011014 | | | 8.00 | 28.00 | 560.00 | 70.00 | 588.00 |

06/13/2003                                                    2:48:16PM

| SHIPPING_LOC | TICKET_NBR | PROD_NBR | TICKET_DATE | CUST_NBR | JOB_NBR | CAT | QUANTITY | TAX_AMT | AMT | UNIT_PRICE | Total_Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | 45010 | RRRFT | 06/27/2002 | 011014 | 000400 | 550 | 23.00 | 80.50 | 1,610.00 | 70.00 | 1,690.50 |
| 002 | 45010 | RRDELV | 06/27/2002 | 011014 | 000400 | 903 | 39.00 | 23.40 | 468.00 | 12.00 | 491.40 |
| 002 | 45028 | RRDELV | 06/27/2002 | 011014 | 000400 | 903 | 20.00 | 12.00 | 240.00 | 12.00 | 252.00 |
| 002 | 45028 | RRRFF3S | 06/27/2002 | 011014 | 000400 | 550 | 5.00 | 17.50 | 350.00 | 70.00 | 367.50 |
| 002 | 45028 | RRRHF3S | 06/27/2002 | 011014 | 000400 | 550 | 2.00 | 3.50 | 70.00 | 35.00 | 73.50 |
| 002 | 45039 | RRRFM | 06/28/2002 | 011014 | 000400 | 550 | -15.00 | -52.50 | 1,050.00 | 70.00 | -1,102.50 |
| 002 | 45039 | RRRHM | 06/28/2002 | 011014 | 000400 | 550 | -1.00 | -1.75 | -35.00 | 35.00 | -36.75 |
| 002 | 45039 | RRRFT | 06/28/2002 | 011014 | 000400 | 550 | -3.00 | -10.50 | -210.00 | 70.00 | -220.50 |
| 000 | 239 | FNCHG | 06/30/2002 | 011014 | 999990 | 854 | 0.00 | 0.00 | 82.03 | 0.02 | 82.03 |
| 002 | 009113 | MISCRRB | 06/30/2002 | 011014 | 000400 | 550 | 0.00 | -250.00 | 5,000.00 | 0.02 | -5,250.00 |
| 000 | 009114 | FNCHG | 06/30/2002 | 011014 | 999990 | 854 | -1.00 | 0.00 | -476.38 |  | -476.38 |
| 002 | 45184 | RRRFB | 07/10/2002 | 011014 | 000400 | 550 | -1.00 | -3.50 | -70.00 | 70.00 | -73.50 |
| 002 | 45184 | RRRFF | 07/10/2002 | 011014 | 000400 | 550 | 24.00 | 84.00 | 1,680.00 | 70.00 | 1,764.00 |
| 002 | 45184 | RRRFM | 07/10/2002 | 011014 | 000400 | 550 | -1.00 | -3.50 | -70.00 | 70.00 | -73.50 |
| 002 | 45184 | RRRFT | 07/10/2002 | 011014 | 000400 | 550 | -1.00 | -3.50 | -70.00 | 70.00 | -73.50 |
| 002 | 45184 | RRDELV | 07/10/2002 | 011014 | 000400 | 903 | 24.00 | 14.40 | 288.00 | 12.00 | 302.40 |
| 002 | 45198 | MISCSLS | 07/11/2002 | 011014 | 000400 | 909 | 35.00 | 35.00 | 700.00 | 20.00 | 735.00 |
| 002 | 45198 | RRRFF | 07/11/2002 | 011014 | 000400 | 550 | 3.00 | 10.50 | 210.00 | 70.00 | 220.50 |
| 002 | 45198 | RRDELV | 07/11/2002 | 011014 | 000400 | 903 | 5.00 | 3.00 | 60.00 | 12.00 | 63.00 |
| 002 | 45198 | RRRFF3S | 07/11/2002 | 011014 | 000400 | 550 | 2.00 | 7.00 | 140.00 | 70.00 | 147.00 |
| 002 | 45578 | MISCSLS | 07/30/2002 | 011014 | 000400 | 909 | 15.00 | 15.00 | 300.00 | 20.00 | 315.00 |
| 002 | 45578 | RRRFF | 07/30/2002 | 011014 | 000400 | 550 | 22.00 | 77.00 | 1,540.00 | 70.00 | 1,617.00 |
| 002 | 45578 | RRRHF | 07/30/2002 | 011014 | 000400 | 550 | -1.00 | -1.75 | -35.00 | 35.00 | -36.75 |
| 002 | 45578 | RRRFM | 07/30/2002 | 011014 | 000400 | 550 | -1.00 | -3.50 | -70.00 | 70.00 | -73.50 |
| 002 | 45578 | RRRFS | 07/30/2002 | 011014 | 000400 | 550 | -1.00 | -3.50 | -70.00 | 70.00 | -73.50 |
| 002 | 45578 | RRDELV | 07/30/2002 | 011014 | 000400 | 903 | 22.00 | 13.20 | 264.00 | 12.00 | 277.20 |
| 002 | 45578 | RRRFF3S | 07/30/2002 | 011014 | 000400 | 550 | -3.00 | -10.50 | -210.00 | 70.00 | -220.50 |
| 000 | 227 | FNCHG | 07/31/2002 | 011014 | 999990 | 854 | 0.00 | 0.00 | 474.31 | 0.02 | 474.31 |
| 000 | 253 | FNCHG | 08/31/2002 | 011014 | 999990 | 854 | 0.00 | 0.00 | 546.56 | 0.02 | 546.56 |
| 000 | 239 | FNCHG | 09/30/2002 | 011014 | 999990 | 854 | 0.00 | 0.00 | 546.56 | 0.02 | 546.56 |
| 000 | 218 | FNCHG | 10/31/2002 | 011014 | 999990 | 854 | 0.00 | 0.00 | 546.56 | 0.02 | 546.56 |
| 000 | 281 | FNCHG | 11/30/2002 | 011014 | 999990 | 854 | 0.00 | 0.00 | 202.12 | 0.02 | 202.12 |
| 000 | 237 | FNCHG | 12/31/2002 | 011014 | 999990 | 854 | 0.00 | 0.00 | 202.12 | 0.02 | 202.12 |
| 000 | 186 | FNCHG | 01/31/2003 | 011014 | 999990 | 854 | 0.00 | 0.00 | 202.12 | 0.02 | 202.12 |
| 000 | 176 | FNCHG | 02/28/2003 | 011014 | 999990 | 854 | 0.00 | 0.00 | 123.37 | 0.02 | 123.37 |
| 000 | 139 | FNCHG | 03/31/2003 | 011014 | 999990 | 854 | 0.00 | 0.00 | 123.37 | 0.02 | 123.37 |
| 000 | 154 | FNCHG | 04/30/2003 | 011014 | 999990 | 854 | 0.00 | 0.00 | 123.37 | 0.02 | 123.37 |
| 000 | 171 | FNCHG | 05/31/2003 | 011014 | 999990 | 854 | 0.00 | 0.00 | 123.37 | 0.02 | 123.37 |
|  |  |  |  |  |  |  | **1,028.00** |  |  |  | **39,474.98** |

06/13/2003                    2:48:14PM

| SHIPPING LOC | TICKET NBR | PROD NBR | TICKET DATE | CUST NBR | JOB NBR | CAT | QUANTITY | TAX AMT | AMT | UNIT PRICE | Total Amt |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | 1,028.00 | | | | 39,474.98 |

06/13/2003

2:48:16PM

# Facsimile Cover Sheet

**To:** *Brian Town*
**Company:** *Carmo Concrete*
**Phone:**
**Fax:** *603 - 863 - 3660*

**From:** CHRIS MAGLIOZZI
**Company:** AZTEC CONSTRUCTION
**Phone:** 978-897-3600
**Fax:** 978-897-3601

**Date:** *11-5-02*
**Pages including this cover page:** *4*

Brian,

I circled the 2' free standing block costs on the attached invoices. I believe this is the material involved in the guard rail. The total for this is $8224.40

The amount of Connolly Construction's extra work for their attached letter is $5250.00

The total is $13474.40. leaving a balance of $22962.70 if this makes sence to you I'll forward the balance immediatly, and we can schedule a meeting to resolve the issues mentioned above.

Thanks

Chris

06/13/2003
02:07 pm

OPEN STATUS

Page   1

NEWPORT SAND & GRAVEL CO.,INC.
A/R Open Inquiry  Aging Date 06/13/2003

Customer: 011014 - AZTEC CONSTRUCTION CO. INC.

| Transaction Code Number | Reference Number | Ship Loc | Job Number | Description | Block/Lot | Trans Date | Due | Open | Paid | Discount | St | Tax Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INVC 70522 | | 002 | 000400 | REDI ROCK WALL- | BLOC | 06/30/2002 | 17,328.15 | 8,224.40 | 9,103.75 | 0.00 | MA | 10 |
| FNCH 72329 | | 000 | 999990 | FINANCE CHARGE | | 07/31/2002 | 474.31 | 79.96 | 394.35 | 0.00 | NH | 10 |
| FNCH 73878 | | 000 | 999990 | FINANCE CHARGE | | 08/31/2002 | 546.56 | 546.56 | 0.00 | 0.00 | NH | 10 |
| FNCH 75350 | | 000 | 999990 | FINANCE CHARGE | | 09/30/2002 | 546.56 | 546.56 | 0.00 | 0.00 | NH | 10 |
| FNCH 76927 | | 000 | 999990 | FINANCE CHARGE | | 10/31/2002 | 546.56 | 546.56 | 0.00 | 0.00 | NH | 10 |
| FNCH 78272 | | 000 | 999990 | FINANCE CHARGE | | 11/30/2002 | 202.12 | 202.12 | 0.00 | 0.00 | NH | 10 |
| FNCH 79289 | | 000 | 999990 | FINANCE CHARGE | | 12/31/2002 | 202.12 | 202.12 | 0.00 | 0.00 | NH | 10 |
| FNCH 80050 | | 000 | 999990 | FINANCE CHARGE | | 01/31/2003 | 202.12 | 202.12 | 0.00 | 0.00 | NH | 10 |
| FNCH 80719 | | 000 | 999990 | FINANCE CHARGE | | 02/28/2003 | 123.37 | 123.37 | 0.00 | 0.00 | NH | 10 |
| FNCH 81442 | | 000 | 999990 | FINANCE CHARGE | | 03/31/2003 | 123.37 | 123.37 | 0.00 | 0.00 | NH | 10 |
| FNCH 82391 | | 000 | 999990 | FINANCE CHARGE | | 04/30/2003 | 123.37 | 123.37 | 0.00 | 0.00 | NH | 10 |
| FNCH 83753 | | 000 | 999990 | FINANCE CHARGE | | 05/31/2003 | 123.37 | 123.37 | 0.00 | 0.00 | NH | 10 |

Current Total:    11,043.88        Open A/R:    8,224.40        Open F/C:    2,819.48

| | CURRENT | MAY | APRIL | MARCH | FEB AND PRIOR |
|---|---|---|---|---|---|
| Open Amount | | | | | 8,224.40 |
| Finance Charge | | 123.37 | 123.37 | 123.37 | 2,449.37 |



**Accounts Receivable Inquiry**

File  Edit  View  Help

Re-Age    Print    Help

| CODE | Transaction Nbr | Reference | Loc | JOB | Block/Lot | Trans. Date | Due Amount | Open Amount | Paid Amount | Discount | ST | Tax Code |
|------|-----------------|-----------|-----|-----|-----------|-------------|------------|-------------|-------------|----------|----|----|
| INVC | 70522 | | 002 | 000400 | | 06/30/2002 | 17,328.15 | 8,224.40 | 9,103.75 | 0.00 | MA | 10 |
| FNCH | 72329 | | 000 | 999990 | | 07/31/2002 | 474.31 | 79.96 | 394.35 | 0.00 | NH | 10 |
| FNCH | 73878 | | 000 | 999990 | | 08/31/2002 | 546.56 | 546.56 | 0.00 | 0.00 | NH | 10 |
| FNCH | 75350 | | 000 | 999990 | | 09/30/2002 | 546.56 | 546.56 | 0.00 | 0.00 | NH | 10 |
| FNCH | 76927 | | 000 | 999990 | | 10/31/2002 | 546.56 | 546.56 | 0.00 | 0.00 | NH | 10 |
| FNCH | 78272 | | 000 | 999990 | | 11/30/2002 | 202.12 | 202.12 | 0.00 | 0.00 | NH | 10 |
| FNCH | 79288 | | 000 | 999990 | | 12/31/2002 | 202.12 | 202.12 | 0.00 | 0.00 | NH | 10 |
| FNCH | 80050 | | 000 | 999990 | | 01/31/2003 | 202.12 | 202.12 | 0.00 | 0.00 | NH | 10 |
| FNCH | 80719 | | 000 | 999890 | | 02/28/2003 | 123.37 | 123.37 | 0.00 | 0.00 | NH | 10 |
| FNCH | 81442 | | 000 | 999990 | | 03/31/2003 | 123.37 | 123.37 | 0.00 | 0.00 | NH | 10 |
| FNCH | 82391 | | 000 | 999990 | | 04/30/2003 | 123.37 | 123.37 | 0.00 | 0.00 | NH | 10 |
| FNCH | 93753 | | 000 | 999990 | | 05/31/2003 | 123.37 | 123.37 | 0.00 | 0.00 | NH | 10 |

Customer Number

Customer Name: AZTEC CONSTRUCTION CO. INC.

Address 1: 2 POWDERMILL ROAD

City / State / Zip: MAYNARD    MA    01754

Job Description: REDI ROCK WALL - BLOCKS

Job City: CLINTON

CUR. TOTAL: 11,043.88
MARKED: 0.00
OPEN A/R: 8,224.40
OPEN F/C: 2,819.48

Aging Date: 06/13/2003    ALL    ALL

| | CURRENT | MAY | APRIL | MARCH | FEB AND PRIOR |
|---|---------|-----|-------|-------|---------------|
| Open Amount | 0.00 | 0.00 | 0.00 | 0.00 | 8,224.40 |
| Finance Charge | 0.00 | 123.37 | 123.37 | 123.37 | 2,449.37 |

Aging Type: MONTHLY





```
                              011014      07/15/2002     71373      1


     AZTEC CONSTRUCTION CO. INC.
     2 POWDERMILL ROAD
     MAYNARD, MA 01754




000400 REDI ROCK WALL- BLOCKS                     CLINTON
07/10 002-45184      -1.00 EA RR ROCK FACE FULL BOTTO   70.000 EA  -3.50   -70.00
07/10 002-45184      24.00 EA RR ROCK FACE FULL FREE    70.000 EA  84.00 1680.00
07/10 002-45184      -1.00 EA RR ROCK FACE FULL MIDDL   70.000 EA  -3.50   -70.00
07/10 002-45184      -1.00 EA RR ROCK FACE FULL TOP     70.000 EA  -3.50   -70.00
07/10 002-45184      24.00 EA REDI ROCK DELIVERY CHAR   12.000 EA  14.40   288.00
07/11 002-45198       3.00 EA RR ROCK FACE FULL FREE    70.000 EA  10.50   210.00
07/11 002-45198       2.00 EA RR ROCK FACE FULL FREE    70.000 EA   7.00   140.00
07/11 002-45198       5.00 EA REDI ROCK DELIVERY CHAR   12.000 EA   3.00    60.00
07/11 002-45198      35.00 EA MISC SALES                20.000 EA  35.00   700.00

                            JOB TAX                                 143.40
                            JOB TOTAL                              3011.40
```

```
                        011014      07/31/2002      72081      1


    AZTEC CONSTRUCTION CO. INC.
    2 POWDERMILL ROAD
    MAYNARD, MA 01754




000400 REDI ROCK WALL- BLOCKS                 CLINTON
07/30 002-45578      22.00 EA RR ROCK FACE FULL FREE    70.000 EA   77.00 1540.00
07/30 002-45578      -3.00 EA RR ROCK FACE FULL FREE    70.000 EA  -10.50 -210.00
07/30 002-45578      -1.00 EA RR ROCK FACE FULL MIDDL   70.000 EA   -3.50  -70.00
07/30 002-45578      -1.00 EA RR ROCK FACE FULL STEP    70.000 EA   -3.50  -70.00
07/30 002-45578      -1.00 EA RR ROCK FACE HALF FREE    35.000 EA   -1.75  -35.00
07/30 002-45578      22.00 EA REDI ROCK DELIVERY CHAR   12.000 EA   13.20  264.00
07/30 002-45578      15.00 EA MISC SALES                20.000 EA   15.00  300.00

                              JOB TAX                                     85.95
                              JOB TOTAL                                 1804.95
```

                                                                      1804.95

011014     06/30/2002     70522     1

AZTEC CONSTRUCTION CO. INC.
2 POWDERMILL ROAD
MAYNARD, MA 01754

```
000400 AZTEC CONST. REDI-ROCK BLOCKS          CLINTON
06/17 002-44806    24.00 EA RR ROCK FACE FULL BOTTO    70.000 EA   84.00 1680.00
06/17 002-44806     2.00 EA RR ROCK FACE FULL FREE     70.000 EA    7.00  140.00
06/17 002-44806    24.00 EA RR ROCK FACE FULL MIDDL    70.000 EA   84.00 1680.00
06/17 002-44806     1.00 EA RR ROCK FACE HALF TOP      35.000 EA    1.75   35.00
06/17 002-44806    51.00 EA REDI ROCK DELIVERY CHAR    12.000 EA   30.60  612.00
06/18 002-44844    12.00 EA RR ROCK FACE FULL FREE     70.000 EA   42.00  840.00
06/18 002-44844    12.00 EA RR ROCK FACE FULL MIDDL    70.000 EA   42.00  840.00
06/18 002-44844     1.00 EA RR ROCK FACE FULL STEP     70.000 EA    3.50   70.00
06/18 002-44844     1.00 EA RR ROCK FACE HALF FREE     35.000 EA    1.75   35.00
06/18 002-44844    26.00 EA REDI ROCK DELIVERY CHAR    12.000 EA   15.60  312.00
06/20 002-44890    22.00 EA RR ROCK FACE FULL MIDDL    70.000 EA   77.00 1540.00
06/20 002-44890    22.00 EA REDI ROCK DELIVERY CHAR    12.000 EA   13.20  264.00
06/20 002-44890    30.00 EA MISC SALES                 20.000 EA   30.00  600.00
  '21 002-44917    -1.00 EA RR ROCK FACE FULL FREE     70.000 EA   -3.50  -70.00
06/21 002-44917    -2.00 EA RR ROCK FACE FULL MIDDL    70.000 EA   -7.00 -140.00
06/24 002-44952    22.00 EA RR ROCK FACE FULL MIDDL    70.000 EA   77.00 1540.00
06/24 002-44952    22.00 EA REDI ROCK DELIVERY CHAR    12.000 EA   13.20  264.00
06/25 002-44980    12.00 EA RR ROCK FACE FULL BOTTO    70.000 EA   42.00  840.00
06/25 002-44980    22.00 EA RR ROCK FACE FULL MIDDL    70.000 EA   77.00 1540.00
06/25 002-44980    34.00 EA REDI ROCK DELIVERY CHAR    12.000 EA   20.40  408.00
06/27 002-45010     8.00 EA RR ROCK FACE FULL FREE     70.000 EA   28.00  560.00
06/27 002-45010     8.00 EA RR ROCK FACE FULL MIDDL    70.000 EA   28.00  560.00
06/27 002-45010    23.00 EA RR ROCK FACE FULL TOP      70.000 EA   80.50 1610.00
06/27 002-45010    39.00 EA REDI ROCK DELIVERY CHAR    12.000 EA   23.40  468.00
06/27 002-45028     1.00 EA RR ROCK FACE FULL CORNE    70.000 EA    3.50   70.00
06/27 002-45028    12.00 EA RR ROCK FACE FULL FREE     70.000 EA   42.00  840.00
06/27 002-45028     5.00 EA RR ROCK FACE FULL FREE     70.000 EA   17.50  350.00
06/27 002-45028     2.00 EA RR ROCK FACE HALF FREE     35.000 EA    3.50   70.00
06/27 002-45028    20.00 EA REDI ROCK DELIVERY CHAR    12.000 EA   12.00  240.00
06/28 002-45039   -15.00 EA RR ROCK FACE FULL MIDDL    70.000 EA  -52.50 -1050.00
06/28 002-45039    -3.00 EA RR ROCK FACE FULL TOP      70.000 EA  -10.50 -210.00
06/28 002-45039    -1.00 EA RR ROCK FACE HALF MIDDL    35.000 EA   -1.75  -35.00
```

```
                        JOB TAX                     825.15
                        JOB TOTAL                 17328.15


                                                 17328.15
```

```
                        011014      06/15/2002      69895      1


     AZTEC CONSTRUCTION CO. INC.
     2 POWDERMILL ROAD
     MAYNARD, MA 01754
```

```
000400 REDI ROCK WALL- BLOCKS                      CLINTON
 06/03 002-44587     11.00 EA RR ROCK FACE FULL BOTTO    70.000 EA   38.50   770.00
 06/03 002-44587      1.00 EA RR ROCK FACE FULL CORNE    70.000 EA    3.50    70.00
 06/03 002-44587     35.00 EA RR ROCK FACE FULL MIDDL    70.000 EA 122.50 ,2450.00
 06/03 002-44587      2.00 EA RR ROCK FACE FULL TOP      70.000 EA    7.00   140.00
 06/03 002-44587     49.00 EA REDI ROCK DELIVERY CHAR    12.000 EA   29.40   588.00
 06/04 002-44620     14.00 EA RR ROCK FACE FULL BOTTO    70.000 EA   49.00   980.00
 06/04 002-44620      3.00 EA RR ROCK FACE FULL CORNE    70.000 EA   10.50   210.00
 06/04 002-44620     34.00 EA RR ROCK FACE FULL MIDDL    70.000 EA 119.00 2380.00
 06/04 002-44620     22.00 EA RR ROCK FACE FULL TOP      70.000 EA   77.00 1540.00
 06/04 002-44620     73.00 EA REDI ROCK DELIVERY CHAR    12.000 EA   43.80   876.00
 06/10 002-44732     22.00 EA RR ROCK FACE FULL BOTTO    70.000 EA   77.00 1540.00
 06/10 002-44732     22.00 EA RR ROCK FACE FULL MIDDL    70.000 EA   77.00 1540.00
 06/10 002-44732     44.00 EA REDI ROCK DELIVERY CHAR    12.000 EA   26.40   528.00

                          JOB TAX                                    680.60
                          JOB TOTAL                               14292.60
```

```
                                                                  14292.60
```



# SCHMITT, SMILLIE & DILLON
## COUNSELORS AT LAW

CARL F. SCHMITT
JOHN A. SMILLIE
THOMAS M. DILLON

325 DONALD J. LYNCH BOULEVARD
MARLBOROUGH, MASSACHUSETTS 01752

TELEPHONE: (508) 303-2300
FACSIMILE:   (508) 303-2310

July 11, 2003

BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED
NO. 7000 0600 0024 1842 5171

Lincoln D. Realty Corporation
176 Church St.
Clinton, MA, 10510

Re: <u>United States Post Office construction, Clinton, MA</u>

Gentlemen:

Please be advised that this office represents Newport Sand & Gravel Co., Inc. ("Newport").

Pursuant to 40 U.S.C. §270b(a), Newport hereby gives notice of its claim for unpaid materials furnished to Aztec Construction Company, Inc. in the amount of $11,043.88.

Please be advised that a claim may be asserted by Newport against Lincoln D. Realty Corporation and its bond for payment of this debt under the Miller Act.

Very truly yours,

John A. Smillie, Esq.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Postmark
Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Lincoln D. Realty Corporation
Street, Apt. No.; or PO Box No.
176 Church St.
City, State, ZIP+4
Clinton, MA 10510

PS Form 3800, February 2000          See Reverse for Instructions

**SENDER:**

☐ Complete items 1 and/or 2 for additional services.
  Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this
  card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not
  permit.
☐ Write "Return Receipt Requested" on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date
  delivered.

I also wish to receive the follow-
ing services (for an extra fee):

1. ☐ Addressee's Address

2. ☐ Restricted Delivery

3. Article Addressed to:

Lincoln D. Realty Corporation
176 Church Street
Clinton, MA 10510

4a. Article Number

7000 0600 0024 1842 5171

4b. Service Type
☐ Registered            ☑ Certified
☐ Express Mail          ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and
   fee is paid)

6. Signature (Addressee or Agent)

PS Form **3811,** December .994          102595-99-B-0223      Domestic Return Receipt