UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 24 P 3: 22
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF NEWPORT SAND AND GRAVEL, INC.,<br>    Plaintiff<br><br>V.<br><br>LINCOLN D. REALTY CORPORATION AND<br>HARLEYSVILLE WORCESTER INSURANCE COMPANY, SURETY,<br>    Defendants | CIVIL ACTION NO. 04-40061 NMG |

## DEFENDANTS' MOTION TO DISMISS

The defendants, Lincoln D. Realty Corporation ("Lincoln") and Harleysville Worcester Insurance Company ("Harleysville") move, pursuant to 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss plaintiff's complaint since it fails to state a cause of action upon which relief can be granted.

As grounds for their motion, Lincoln and Harleysville make reference to their accompanying memorandum of law and state that:

1.   This is action in which the plaintiff, Newport Sand and Gravel, Inc. ("Newport") is seeking payment under a payment bond issued pursuant to 40 U.S.C. §§270a *et seq.* ("Miller Act") in connection with the construction of a United States Post Office in Clinton, Massachusetts (the "Project).

2.   Because Newport failed to both provide Lincoln with notice of its claim within ninety (90) days of the date on which it last performed labor or furnished materials to the Project,

{H:\PA\Lit\19413\00001\A0717530.DOC}

and because Newport failed to commence suit within one (1) year from the day on which it last performed labor or furnished material to the Project, its claim is barred under the Miller Act.

WHEREFORE, the defendants, Lincoln D. Realty Corporation and Harleysville Worcester Insurance Company, demand that plaintiff's claim be dismissed, together with such further relief as is appropriate.

LINCOLN D. REALTY CORPORATION
AND HARLEYSVILLE WORCESTER
INSURANCE COMPANY, SURETY

By its attorney,

_____
Robert B. Gibbons, Esq.
BBO #631049
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: June 24, 2004

## CERTIFICATE OF SERVICE

I, Robert B. Gibbons, Esq., hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Carl F. Schmidt, Esq., Scmitt Dillon & Smillie, 5 Mount Royal Avenue, Marlborough, MA 01752.

_____
Robert B. Gibbons, Esq.

Dated: June 24, 2004

{H:\PA\Lit\19413\00001\A0717530.DOC}    2