UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**The United States Of America**
**For The Use And Benefit Of**
**Newport Sand And Gravel, Inc.,**
     Plaintiff,

V.

**Lincoln D. Realty Corporation**
**and Harleysville Worcester**
**Insurance Company, Surety,**
     Defendant,

CIVIL ACTION

NO. **04-40061-FDS**

### ORDER OF DISMISSAL

**SAYLOR, D. J.**

In accordance with the Court's Memorandum and Order dated **12/17/04**, allowing the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

   12/20/04   　　　　　　　　　　　/s/ Martin Castles
     Date　　　　　　　　　　　　　Deputy Clerk

(Dismmemo.ord - 09/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　[odism.]